# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | | |
|---|---|---|
| **YUNIESQUIY ALVAREZ LABRADA,** | § § | |
| Petitioner, | § § | |
| v. | § § | **CIVIL ACTION NO. 5:26-CV-138** |
| **WARDEN OF WEBB COUNTY DETENTION CENTER, ET AL.,** | § § § | |
| Respondents. | § § | |

## ORDER

Before the Court is Petitioner's Verified Petition for Writ of Habeas Corpus, (Dkt. No. 1), and Respondents' Motion to Dismiss and, in the Alternative, for Summary Judgment, (Dkt. No. 10).

The Court **ORDERS** Respondents to file supplemental briefing that responds to Petitioner's due process claims under the Fifth Amendment Due Process Clause and the claim for relief as a class member in *Maldonado Bautista*, (Dkt. No. 1 at 14–16; Dkt. No. 13), by **March 6, 2026.**

It is so **ORDERED**.

**SIGNED** on February 26, 2026.

_____
John A. Kazen
United States District Judge